AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

)
)
v.                            )    Case No.:
)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____,
<span style="font-style:italic">Date</span>
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ _____ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

❒   Electronic service          ❒   First class mail, postage prepaid

❒   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                                                                                       Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
*Clerk of Court*          *Deputy Clerk*          *Date*

# Invoice

**SYLVIA GERUT REPORTING, INC.**
ID#30-0175868
200 W. GRAND AVENUE
SUITE 1303
CHICAGO, ILLINOIS 60654
312-661-0710
sgerut@yahoo.com

**Bill To:**
MESSER STRICKLER, LTD.
MR. MICHAEL STEINHAUS/MS. KATHERINE OLSON
225 W. Washington Street, Suite 575
Chicago, Illinois 60606
(312) 334-3469
KOLSON@MESSERSTRICKLER.COM
MSTEINHAUS@MESSERSTRICKLER.COM

Date: 07/18/2017
Invoice No.: 6938
Due Date: 08/17/2017
Salesperson: COD

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 116 | Original E-transcript: John Bonewicz - full and condensed | $4.35 | $504.60 |
| 245 | Exhibit Scan Fee | $0.75 | $183.75 |
| 1 | Service Fee Back Order | $10.00 | $10.00 |
| 1 | COD Basis Only | | $0.00 |

**Total** $698.35
**Balance Due** $698.35

**MEHDI ABDOLLAHZADEL vs. MANDARICH LAW GROUP**
**CASE NO. 16-cv-8682**
**DEPOSITION OF: JOHN BONEWICZ TAKEN 05-19-17**

It's been a pleasure working with you!

Thank you for your business.

RICKLER, LTD

5318

Sylvia Gerut Reporting, Inc.                             7/19/2017

Abdollahzadeh Transcript from 5/19                                 698.35

Chase Operating Acc    Invoice #6938 - Abdollahdazeh v. Mandarich

Abdollahzadeh
Entered &
Billed to
Client
7/19/17                                                            698.35

PRODUCT DLT104   USE WITH 91663 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

A    FBD7D1 CHIKDK05 12/31/2014 15:26 -548-