IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEHDI ABDOLLAHZADEH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-8682 |
| | ) | |
| MANDARICH LAW GROUP, LLP, | ) | Honorable Manish S. Shah |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Mehdi Abdollahzadeh, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Memorandum Opinion and Order granting Defendant's motion for summary judgment, entered in this case on March 26, 2018 (Dkt. # 82), attached hereto as Exhibit A, and all prior orders affecting it.

Respectfully submitted,

Mehdi Abdollahzadeh,

By: s/ Mario Kris Kasalo
Attorney for Plaintiff

**The Law Office of M. Kris Kasalo, Ltd.**
20 North Clark Street, Suite 3100
Chicago, Illinois 60602
tele 312.726.6160
fax 312.698.5054
mario.kasalo@kasalolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF users who have entered an Appearance in this case.

By: s/ Mario Kris Kasalo
Mario Kris Kasalo